UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C16-1118-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 12.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will: (1) provide plaintiff the opportunity to submit additional evidence; (2) give plaintiff an opportunity for a hearing; (3) issue a new decision; (4) reevaluate the severity of plaintiff's right ulnar neuropathy and bilateral foot impairments at step two; (5) reconsider plaintiff's residual functional capacity and, in so doing, further evaluate the opinion evidence from Jeff Warner,

REPORT AND RECOMMENDATION
PAGE - 1

F.P.; (6) seek supplemental vocational expert evidence, if warranted, to determine whether there are a significant number of jobs in the national economy plaintiff can perform; and (7) take any other actions necessary to develop the record. Upon proper presentation, this Court will consider plaintiff's application for attorney fees, costs, and expenses.

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 12th day of December, 2016.

Mary Alice Theiler
United States Magistrate Judge