THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. WALL,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | CASE NO. C16-1118-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings (Dkt. 12). It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 13);

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//

//

//

//

//

1 DATED this 13th day of December 2016.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2