THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. WALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | CASE NO. C16-1118-JCC<br><br>ORDER ON STIPULATED MOTION FOR EAJA FEES AND EXPENSES |

　　　　Based upon the stipulation of the parties (Dkt. No. 17), it is hereby ORDERED that attorney fees in the total amount of $1,509.10 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

　　　　If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Amy Gilbrough.

　　　　Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

　　　　//

　　　　//

DATED this 2nd day of March 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION FOR EAJA
FEES AND EXPENSES
PAGE - 2